IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 00-20399
Conference Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus


JOEL CELEDON, also known as Angel Gonzalez-Soto,
also known as Joel Celedon-Rios, also known as
Abel C. Gonzalez, also known as Abel Soto,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-710-ALL
--------------------
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender has moved for leave to withdraw
and has filed a brief as required by Anders v. California, 386
U.S. 738 (1967).  Celedon has received a copy of counsel's brief
and motion but has not filed a response.  Our independent review
of the brief and the record discloses no nonfrivolous issue.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and the APPEAL
IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.